**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, and : 23-CV-1121 (VSB) (OTW)
APPRENTICESHIP, et al., :
: **ORDER**
Petitioners, :
:
-against- :
:
SIMPSON & BROWN INC., :
:
Respondent. :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to me for Report and Recommendation regarding Petitioners' Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees of the New York City Carpenters Relief and Charity Fund, and the Carpenter Contractor Alliance of Metropolitan New York (the "Funds" or "Petitioners") Petition to Confirm an Arbitration Award against Simpson & Brown, Inc. ("Respondent"). (*See* ECF Nos. 1, 9).

Electronic summons was issued as to Respondent on February 10, 2023. (ECF 6). The summons was returned executed on February 13, 2023, and Petitioners filed an affidavit of service of the Petition and Petitioners' other corresponding papers on February 14, 2023. (*See* ECF Nos. 7, 8). Respondent's answer to the Petition was accordingly due March 6, 2023. To date, Respondents have filed no response to the Petition or otherwise appeared in the action.

If Respondent does not appear in the action with counsel[1] and file a response to the Petition by **May 12, 2023**, the Court may consider the Petition unopposed. Respondent's time to answer the petition is extended *nunc pro tunc* to May 12, 2023.

Petitioners are directed to serve a copy of this Order on all known addresses of the Respondent.

**SO ORDERED.**

Dated: April 12, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

---

[1] A corporation may not appear *pro se*. See *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011).